# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LEROY THOMAS, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CIV-16-228-R |
|  | ) |  |
| CADDO COUNTY JAIL ADMINISTRATION, et al., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER TO CURE DEFICIENCY

The Court is in receipt of the documents plaintiff has tendered in the above referenced matter. However, the documents are deficient in the area(s) indicated below:

\_\_\_\_\_    In forma pauperis motion is not on the proper form.

\_\_\_\_\_    In forma pauperis motion is missing an original signature by the plaintiff.

  X      In forma pauperis motion is missing financial information and/or **signature of authorized officer of penal institution**.

\_\_\_\_\_    In forma pauperis motion is missing the certified copy of plaintiff's institutional accounts statement from the appropriate official of each penal institution or jail at which you are or were confined during the six-month period immediately preceding this filing. 28 U.S.C. § 1915(a)(2).

\_\_\_\_\_    The complaint is not on the proper form.

\_\_\_\_\_    The complaint is not properly signed by the plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED that plaintiff shall cure the deficiencies designated above by the 11th day of April, 2016. Failure to comply with this Order may result in the dismissal of this action. The Clerk of the Court is directed to send any forms necessary for compliance with this order.

IT IS SO ORDERED this 22nd day of March, 2016.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE