# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEROY THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-228-R ) |
| CADDO COUNTY JAIL ADMINISTRATION, et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered May 2, 2016. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1