# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEROY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-228-R |
| ) | |
| CADDO COUNTY JAIL ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this 23rd day of May, 2016, this matter is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE